# Exhibit A

# DECLARACION DEL IMPACTO DE LA VICTIMA
## (VICTIM IMPACT STATEMENT)

### U. S. v.          Case NO.

SI USTED NECESITA MAS ESPACIO PARA CONTESTAR CUALESQUIERA DE LAS PREGUNTAS SIGUINTES, SIENTASE POR FAVOR LIBRE UTILIZAR TANTAS PAGINAS COMO USTED NECESITA, Y UNALAS A LA DECLARACION DEL IMPACTO DE LA VICTIMA.

**Nombre de Victima:** *Victim Name*: ██████████

**Como usted y los miembros de su familia han sido afectados por este crimen?**
*How have you and members of your family been affected by this crime?*

1. He separated me from my family for 10 years. 2. I got a lifetime illness. 3. He robbed me Of my youth. 4. One of my children died as a result of this crime. 5. I have not had contact with One of my children as a result of the crime.

**Usted o los miembros de su familia han recibido asesoramiento o terapia como resultado de este crimen?  ( x  ) si  (    ) no.  Favor de explicar.  Usted desea en el futuro asesoramiento para asistir a la recuperacion de usted y/o de su familia?**
*Have you or members of your family received counseling or therapy as a result of this crime?  (__x__)YES / (____)NO.  Please explain.  Do you wish future counseling to assist you and/or your family's recovery?*

I have gone to counseling for 3 years and I feel I still need to continue to receive more Counseling.

**Usted ha archivado un caso civil contra el demandado? (     )si   ( x  )no.  Si contesto si, endique el nombre del caso, la localizacion de la corte, e el numero de expediente.**
*Have you filed a civil suit against the defendant?  (____)YES / (__x__)NO.  If yes, list the case name, court location, and docket number.*

PAGINA 1

# DECLARACION DEL IMPACTO DE LA VICTIMA
## (VICTIM IMPACT STATEMENT)

**Usted ha recibido dinero o activos del demandado como resultado del litigio civil? (____)si    ( x )no. Si contesto si, cuanto?**
*Have you received any money or assets from the defendant as a result of any civil litigation?   (____)YES / (__x__)NO.   If yes, how much?*

**Usted se relaciona con la gente diferentemente desde el crimen? Explique por favor.**
*Do you relate to people differently since the crime?   Please explain.*

I am no longer as friendly as I was before, and I don't have that many friends. I am afraid that

They will betray me and hurt me, and it is very difficult because I don't trust anybody.

**Como el crimen ha afectado forma de vida de usted y de su familia?**
*How has the crime affected you and your family's lifestyle?*

1. I had to change my name. 2. I had to live without being able to see one of my children, and

With the pain of the death of one of my other children. In addition, I wasn't able to see my

Family.

**Usted siente el demandado es o sera una amenaza a usted, a su familia o a la comunidad? ( x ) si    (____)no.   Favor de explicar.**
*Do you feel the defendant is or will be a threat to you, your family or the community?   (_x___)YES / (____)NO. Please explain.*

Saul is capable of killing a child for money. He will kill a woman if she could no longer

Money for him. He does not know what it means to love life.

**Que mas usted quisiera que el juez supiera del demandado, la victima, o su familia?**
*What else would you like the Judge to know about the defendant, the victim, or your family?*
Saul killed my 5 month old baby (in the womb). He gave me medications so that the baby would die. Saul put a gun in the mouth of my 2.5 year old son and pulled the trigger. There were no bullets in there, but he wanted to scare me. He laughed like crazy and stated that the second time around, there will be bullets in the gun if I didn't continue to work for him. My son remained traumatized because of this incident. In order to protect my son, I had to send him (being a US citizen) to another country to protect him from Saul. To this day I have not been able to see my son that I sent away because of Saul. I hope Saul pays for what he did to him, and the trauma he had to endure including condemning him to live without his mom. I also hope he pays for the death of my unborn baby.

**DECLARACION DEL IMPACTO DE LA VICTIMA**
**(VICTIM IMPACT STATEMENT)**

**Ha experimentado cualesquiera de las reacciones siguientes al crimen: REALICE POR FAVOR QUE ESTAS SON REACCIONES NORMALES A UN ACONTECIMIENTO TRAUMATICO.**

**__x__ Colera/Enojo;  __x__ Ansiedad;  __x__ Miedo;  ____ Pena;  __x__ Culpabilidad;  ____ Entumecido;  __x__ Perdida De Sueno;  __x__ Pesadillas;  __x__ Cambio del Apetito;  __x__ Inseguo;  __x__ El Concentrase del Apuro;  ____ Movimientos involuntario inesperado;  __x__ Falta de Memoria;  __x__ Depresion;  ____ Fatiga Cronica;  __x__ Memoria Repetida del Crimen;  __x__ Miedo de que el demandado volvera;  __x__ Griterio/llanto incontrolado.**

*Have you experienced any of the following reactions to the crime: PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.*
*__x__ Anger;  __x__ Anxiety;  _x___ Fear;  ____ Grief;  __x__ Guilt;  ____ Numb;  __x__ Sleep Loss;  _x___ Nightmares;  __x__ Appetite Change;  __x__ Unsafe;  __x__ Trouble Concentrating;  ____ Easily startled;  _x___ Forgetfulness;  __x__ Depression;  ____ Chronic Fatigue;  __x__ Repeated Memory of Crime;  _x___ Fear the Defendant Will Return;  __x__ Uncontrolled Crying*

**Describa por favor cualquier otra sensacion que usted haya tenido en respuesta al crimen que usted quisiera compartir con el juez.  Estos pueden ser sensaciones que usted se sentia inmediatamente despues del crimen, o esas que usted todavia se siente.**
*Please describe any other feelings you have had in response to the crime which you would like to share with the Judge.  These may be either feelings you felt immediately after the crime, or those that you still feel.*

I was diagnosed with having a double personality as a result of the trauma. I didn't realize that

It was a condition, to have those changes in character. I continue living with the fear that Saul

Will find me, and it causes a panic inside of me that makes my body so tired.

PAGINA   3

**DECLARACION DEL IMPACTO DE LA VICTIMA**
**(VICTIM IMPACT STATEMENT)**

**Una por favor la verificacion tal como copia del trozo de la pagina, si es posible.**
*Please attach verification such as copy of pay stub, if possible.*

**A.    Danos**
    **1. Caracteristica de la lista perdida, destruida or danada y su valor.   (Donde sea posible, la fijacion pone el recibo, las cuentas de la reparacion, etc)**
A.    *Damages*
    1.   *List property lost, destroyed or damaged and its value.*
       *(Wherever possible, attach receipts, repair bills, etc.)*
    _____ ..... $_____

    **2. Costos medicos de la lista (otra ves, cualquier recibo de soporte) y/o fuera de los costos de bolsillo para los costos funebres.**
    2.   *List medical expenses (again, attach any supporting receipts) and/or out of pocket costs for funeral expenses.*

Hospital visits in 1) Montgomery: $16, 000
    2) ███████ : $4800   3) Oklahoma: $30,000  4)Unknown hospital: $10,000.....     Total: $60,8000.00 (unpaid)

**Si usted o un miembro de la familia sufrio lesion fisica, perdida de vida, o amenazo por el delincuente, usted han solicitado la remuneracion de la victima del estado?   (   ) si (  x  ) no**
**Va a estar experimentando el tratamiento medico a largo plazo?**
*If you or a family member suffered physical injury, loss of life, or threatened by the offender, have you applied for state victim compensation?   (____)YES / (__x__)NO.   Will you be experiencing long-term medical treatment?_____*

    **3.   Lista de Salarios perdidos       $4500 avg/week = $18, 000/month**
              **$216, 000/ year for 8 years, TOTAL $1,728,000**
    3.   *List lost income or wages .....   $_____*

**4.   Lista de Costos miscelaneos (tipo y cantidad).   Incluya los articulos tales como cuidado de nino durante aspectos de la corte, costes del transporte durante la investigacion, el etc.**
4.   *List miscellaneous expenses (type and amount).   Include such items as child care during court appearances, transportation costs during the investigation, etc.*

    _____ ..... $_____

    **5.   Lista de costos para aconsejar o la terapia. $_____**
    5.   *List expenses for counseling or therapy.   $_____*

**Esta usted actualmente en el asesoramiento? _____**
*Are you currently in counseling?  __Yes_____*

                              **PERDIDA TOTAL $ 1, 788, 800.00_____**
                              *TOTAL LOSS .....   $_1, 788, 800.00_____*

PAGINA 4

**DECLARACION DEL IMPACTO DE LA VICTIMA**
**(VICTIM IMPACT STATEMENT)**

**B.      Reembolso resibido (una por favor los recibos)**

1.  Seguro de caraterista              $_____
2.  Seguro de Medico                  $_____
3.  Remuneracion De La Victima Del Estado $_____
4.  Otro (lista de fuente y cantidad) $_____

**REEMBOLSO TATAL                    $_____**

B.  *Reimbursement received (please attach receipts)*
1.  *Property insurance*            ..... $___0_____
2.  *Medical insurance*             ..... $___0_____
3.  *State Victim Compensation*     ..... $___0_____
4.  *Other (list source and amount)*
    _____ ..... $___0_____
        TOTAL REIMBURSEMENT ..... $___0_____

**DECLARO BAJO PENA DE LA LEY QUE LA INFORMACION ANTEDICHA ES CORRECTA A LO MEJOR DE MI CONOCIMIENTO.**
*I declare under penalty of law that the above information is correct to the best of my knowledge.*

**Nombre** *Print Name:*     _____

**Firma** *Signature:*        _____

**Fesha** *Date:*             _____

(Please return the enclosed form to the following address)

PAGINA 5

# DECLARACION DEL IMPACTO DE LA VICTIMA
## (VICTIM IMPACT STATEMENT)

U. S. v. _____ Case NO. _____

SI USTED NECESITA MAS ESPACIO PARA CONTESTAR CUALESQUIERA DE LAS PREGUNTAS SIGUINTES, SIENTASE POR FAVOR LIBRE UTILIZAR TANTAS PAGINAS COMO USTED NECESITA, Y UNALAS A LA DECLARACION DEL IMPACTO DE LA VICTIMA.

Nombre de Victima: *Victim Name*: ███████████

**Como usted y los miembros de su familia han sido afectados por este crimen?**
*How have you and members of your family been affected by this crime?*

1. me separo de mi familia por 10 años
2. quede enferma de por vida
3. Me robo mi Juventud
4. murio uno de mis hijos
5. sigo sin ver uno de mis hijos

**Usted o los miembros de su familia han recibido asesoramiento o terapia como resultado de este crimen?** ( ✓ ) si ( ) no. **Favor de explicar. Usted desea en el futuro asesoramiento para asistir a la recuperacion de usted y/o de su familia?**
*Have you or members of your family received counseling or therapy as a result of this crime? (___)YES / (___)NO. Please explain. Do you wish future counseling to assist you and/or your family's recovery?*

he recibido terapia por 3 años y aun la necesito seguir recibiendo terapia

**Usted ha archivado un caso civil contra el demandado?** ( ) si ( ✓ ) no. **Si contesto si, endique el nombre del caso, la localizacion de la corte, e el numero de expediente.**
*Have you filed a civil suit against the defendant? (___)YES / (___)NO. If yes, list the case name, court location, and docket number.*

PAGINA 1

DECLARACION DEL IMPACTO DE LA VICTIMA
(VICTIM IMPACT STATEMENT)

**Usted ha recibido dinero o activos del demandado como resultado del litigio civil?**
(   )si   ( ✓ )no. Si contesto si, cuanto?
*Have you received any money or assets from the defendant as a result of any civil litigation? (___)YES / (___)NO. If yes, how much?*

---

**Usted se relaciona con la gente diferentemente desde el crimen? Explique por favor.**
*Do you relate to people differently since the crime? Please explain.*

no soy amigable, no tengo muchas amistades Me da miedo que traicionen y me hagan daño no confio en nadie es muy dificil

**Como el crimen ha afectado forma de vida de usted y de su familia?**
*How has the crime affected you and your family's lifestyle?*

1. Cambiar mi nombre 2. Vivir sin mirar uno de mis hijos y con el dolor de lo muerte de uno de mis hijos y el no ver a mi familia.

**Usted siente el demandado es o sera una amenaza a usted, a su familia o a la comunidad?**
( ✓ ) si   (   )no.   Favor de explicar.
*Do you feel the defendant is or will be a threat to you, your family or the community? (___)YES / (___)NO. Please explain.*

Saul es capaz de matar aun niño Por dinero matar a una mujer si ya no Produce dinero no sabe que es amor a la vida.

**Que mas usted quisiera que el juez supiera del demandado, la victima, o su familia?**
*What else would you like the Judge to know about the defendant, the victim, or your family?*

Saul me mato aun bebe no nacido me dio medicamento Para Perder a mi bebe de 5 meses de gestacion Saul Puso una pistola en la boca a otro de

PAGINA 2

→ de mis hijos, tenia 2 años y medio
Solto el gatillo el arma estaba
Descargada solo quiso asustarme
Pero mi hijo quedo traumado de Por vida
El solo se reia como Loco
Dijo que la segunda vez si tendria
Valas si no seguia trabajando
Para el. tuve que mandar a mi hijo
a otro Pais Para Protegerlo
siendo mi hijo ciudadano americano
Para salvarlo de Saul.
asta el dia de hoy no he Vuelto ha Ver a mi hijo
ojala Saul Pague Por lo que le hiso a mi bebe
de 2 años y medio el trauma que le causo
y el condenarlo a vivir sin su mama.
y Por la muerte de mi bebe aun no nacido

DECLARACION DEL IMPACTO DE LA VICTIMA
(VICTIM IMPACT STATEMENT)

Ha experimentado cualesquiera de las reacciones siguientes al crimen: REALICE POR FAVOR QUE ESTAS SON REACCIONES NORMALES A UN ACONTECIMIENTO TRAUMATICO.

__✓__ Colera/Enojo; __✓__ Ansiedad; __✓__ Miedo; _____ Pena; __✓__ Culpabilidad; _____ Entumecido; __✓__ Perdida De Sueno; __✓__ Pesadillas; __✓__ Cambio del Apetito; __✓__ Inseguo; __✓__ El Concentrase del Apuro; _____ Movimientos involuntario inesperado; __✓__ Falta de Memoria; __✓__ Depresion; _____ Fatiga Cronica; __✓__ Memoria Repetida del Crimen; __✓__ Miedo de que el demandado volvera; __✓__ Griterio/llanto incontrolado.

*Have you experienced any of the following reactions to the crime: PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.*
____ *Anger;* ____ *Anxiety;* ____ *Fear;* ____ *Grief;* ____ *Guilt;* ____ *Numb;* ____ *Sleep Loss;* ____ *Nightmares;* ____ *Appetite Change;* ____ *Unsafe;* ____ *Trouble Concentrating;* ____ *Easily startled;* ____ *Forgetfulness;* ____ *Depression;* ____ *Chronic Fatigue;* ____ *Repeated Memory of Crime;* ____ *Fear the Defendant Will Return;* ____ *Uncontrolled Crying*

Describa por favor cualquier otra sensacion que usted haya tenido en respuesta al crimen que usted quisiera compartir con el juez. Estos pueden ser sensaciones que usted se sentia inmediatamente despues del crimen, o esas que usted todavia se siente.
*Please describe any other feelings you have had in response to the crime which you would like to share with the Judge. These may be either feelings you felt immediately after the crime, or those that you still feel.*

enferme de Doble Personalidad eso me diasnosticaron no tenia idea que hera enfermedad, tener esos cambios de caracter vivir sintiendo que Saul me encuentra donde estoy es un panico que cansa el cuerpo

PAGINA   3

DECLARACION DEL IMPACTO DE LA VICTIMA
(VICTIM IMPACT STATEMENT)

Una por favor la verificacion tal como copia del trozo de la pagina, si es posible.
*Please attach verification such as copy of pay stub, if possible.*

A.  Danos
   1. Caracteristica de la lista perdida, destruida or danada y su valor.  (Donde sea posible, la fijacion pone el recibo, las cuentas de la reparacion, etc)
   *A.  Damages*
   *1.  List property lost, destroyed or damaged and its value.*
   *(Wherever possible, attach receipts, repair bills, etc.)*

   _____ ..... $_____

   2. Costos medicos de la lista (otra ves, cualquier recibo de soporte) y/o fuera de los costos de bolsillo para los costos funebres.
   *2.  List medical expenses (again, attach any supporting receipts) and/or out of pocket costs for funeral expenses.*

   1 Montgomery 16,00    4 hospital des corrido 10,00
   vicitas hospitales 2 [redacted] 4,800 $ no pagado
   3 Oklahoma 30,00

Si usted o un miembro de la familia sufrio lesion fisica, perdida de vida, o amenazo por el delincuente, usted han solicitado la remuneracion de la victima del estado?  (   ) si (✓) no
Va a estar experimentando el tratamiento medico a largo plazo?
*If you or a family member suffered physical injury, loss of life, or threatened by the offender, have you applied for state victim compensation?  (___)YES / (___)NO.  Will you be experiencing long-term medical treatment? _____*

4,500 x 4 = 18,000 / month
216,000 x year

   3. Lista de Salarios perdidos    $_____
   *3.  List lost income or wages ..... $_____*
   x 8 year
   = 1,728,000

4. Lista de Costos miscelaneos (tipo y cantidad).  Incluya los articulos tales como cuidado de nino durante aspectos de la corte, costes del transporte durante la investigacion, el etc.
*4.  List miscellaneous expenses (type and amount).  Include such items as child care during court appearances, transportation costs during the investigation, etc.*

   _____ ..... $_____

   5. Lista de costos para aconsejar o la terapia. $_____
   *5.  List expenses for counseling or therapy.  $_____*

Esta usted actualmente en el asesoramiento? Si
*Are you currently in counseling? _____*

PERDIDA TOTAL $ 1,788,800
*TOTAL LOSS ..... $_____*

DECLARACION DEL IMPACTO DE LA VICTIMA
(VICTIM IMPACT STATEMENT)

B.  Reembolso resibido (una por favor los recibos)

1. Seguro de caraterista $ 0
2. Seguro de Medico $ 0
3. Remuneracion De La Victima Del Estado $ 0
4. Otro (lista de fuente y cantidad) $ 0

**REEMBOLSO TATAL**                $ 0

B.  Reimbursement received (please attach receipts)
1. Property insurance ..... $
2. Medical insurance ..... $
3. State Victim Compensation ..... $
4. Other (list source and amount)
   ..... $
   TOTAL REIMBURSEMENT ..... $

**DECLARO BAJO PENA DE LA LEY QUE LA INFORMACION ANTEDICHA ES CORRECTA A LO MEJOR DE MI CONOCIMIENTO.**
*I declare under penalty of law that the above information is correct to the best of my knowledge.*

**Nombre** *Print Name:* ████████

**Firma** *Signature:* ████████

**Fesha** *Date:* 40/23/18

(Please return the enclosed form to the following address)

PAGINA 5