# Exhibit C

████████████

How have you and members of your family been affected by this crime?  I haven't been able to have a normal relationship with my husband.  It has affected my sexual relationship with him.  The memories always come to me, how they forced me to abuse my body.  It is a mark I carry on my body and my soul.

Have you or your family received counseling or therapy as a result of this crime?  I have gone to a psychologist to help me get a little bit of strength to move forward.

Do you relate to people differently since the crime?  Yes I am a bit distant and not trusting.  I am fearful that they can hurt me again.  I do not trust anyone.

Have your feelings about yourself and society changed since the crime?  I am ashamed for people to know what happened to me and that they will discriminate against me.  I feel like they make fun of me.

How has the crime affected you and your family's lifestyle?  My husband has tried to understand me but I understand him when at times he just doesn't understand my mood swings/changes in mood.

Has the crime affected your family's livelihood?  It has totally and completely changed my life and is is something that I will never forget.

Please describe any other feelings you have had in response to the crime which you would like to share with the Judge: I am fearful that they will get out of jail.  Fear that their family will come for me.  Every time I think about this, I get panic attacks.  I am terrorized at the thought of the one day getting out and hurting me again or now worse, my son.

What else would you like the Judge to know about the defendant, the victim, or your family?  Those people cannot even pay for all of the pain they have caused me or all of the other innocent women by going to jail.   Innocent women like me who were tricked in to believing something and then had that dream broken They should be put away for life, a very long sentence so that they can feel what it feels

like to be locked up like I was.  I was never in agreement with selling my body, they forced me to do this and I was a virgin at the time when they forced me.  My dream had always been to only be with one man and it did not end up like that for me.  They ruined my life and I will never be the same.


Damages:  There is no way to repay for the damage they have done to me.  I am always in the hospital with panic attacks.


I thank God that there were noble people like you guys to see that Justice is served and there to help us and value us and thank to you, I had the strength to write this statement.  May God bless you.  Little by little I ask of the Creator to help move me forward and help me one day forget all this pain.  My son is the one who raises me up.  But I ask for justice here on earth and that they are locked away for many years.  May God bless Jennifer Thompson for being such a wonderful human being, someone who does her job where you can tell she feels the pain of each one of us and it has been a gift from God to know her.  To each one of you, I give a million thanks and may God bless you for your dedication.

IN THE UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA, )
                Plaintiff, )
                 )
v. ) Case No.
                 )
      ) )
                Defendant. )
                 )

## DECLARACION DEL IMPACTO DE LA VICTIMA

SI USTED NECESITA MAS ESPACIO PARA CONTESTAR CUALESQUIERA DE LA PREGUNTAS SIGUINTES, SIENTASE POR FAVOR LIBRE UTILIZAR TANTAS PAGINAS COMO USTED NECESITA, Y UNALAS A LA DECLARACION DEL IMPACTO DE LA VICTIM. GRACIAS.

Nombre de Victima: _____

**Como usted y los miembros de su familia han side afectados por este crimen?**
How have you and members of your family been affected by this crime?

No e podido tener una relacion normal con mi esposo me a afectado en mi relacion sexual siempre vienen ami los recuerdos donde me forzaban a abusar de mi cuerpo es algo que novo marcado en mi vida y en mi alma

**Usted o los miembros de su familia ha recibido el asesoramiento o terapia como resultado de este crimen? ( Si ) si ( ) no. Favor de explicar. Usted desea en el futuro asesoramiento para asistir a la recuperacion de usted y/o de su familia?**
Have you or members of your family received counseling or therapy as a result of this crime? (___)YES / (___)NO. Please explain. Do you wish future counseling to assist you and/or your family's recovery?

Yo e ha sistido al Sicologo para lograr un poco de sobresalir adelante

PAGINA 1

# DECLARACION DEL IMPACTO DE LA VICTIMA

**Usted se relaciona con la gente diferentemente desde el crimen? Explique por favor.**
Do you relate to people differently since the crime? Please explain.

Si un poco distante desconfiada me da miedo me agan daño nuevamente desconfio de toda gente

**Su opinion sobre la sociedad han cambiado desde el crimen? Explique por favor.**
Have your feelings about yourself and society changed since the crime? Please explain.

Me da pena la gente sepa la que me paso y me descriminen pienso que se burlaran de mi

**Como el crimen ha afectado forma de vida de usted y de su familia?**
How has the crime affected you and your family's lifestyle?

Mi esposo a tratado de entenderme pero aveces lo entiendo, el se desospera al no saber mis cambios de humor

**El crimen ha afectado la manera de vivir de su familia? Si es asi como?**
Has the crime affected your family's livelihood? If so, how?

Totalmente a cambiado mi vida por completo es algo que jamas e voy a olvidar

PAGINA 2

# DECLARACION DEL IMPACTO DE LA VICTIMA

**Ha experimentado cualesquiera de las reacciones siguientes al crimen: REALICE POR FAVOR QUE ESTAS SON REACCIONES NORMALES A UN ACONTECIMIENTO TRAUMATICO.**

Colera: ✔   Ansiedad: ✔   Miedo: ✔   Pena: ✔   Culpabilidad: ✔
Entumecido: ✔   Perdida De Sueno: ✔   Pesadillas: ✔
Cambio del Apetito: ✔   Inseguo: ✔   El Concentrase del Apuro: ✔
Movimientos involuntario inesperado: ✔   Falta de Memoria: ✔   Depresion: ✔
Fatiga Cronica: ✔   Memoria Repetida del Crimen: ✔
Miedo de que el demandado volverá: ✔   Griterio incontrolado: ✔

Have you experienced any of the following reactions to the crime: PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.
Anger: ___   Anxiety: ___   Fear: ___   Grief: ___   Guilt: ___   Numb: ___
Sleep Loss: ___   Nightmares: ___   Appetite Change: ___   Unsafe: ___
Trouble Concentrating: ___   Easily Startled: ___   Forgetfulness: ___   Depression: ___
Chronic Fatigue: ___   Repeated Memory of Crime: ___
Fear the Defendant Will Return: ___   Uncontrolled Crying: ___

**Describa por favor cualquier otra sensacion que usted haya tenido en respuesta al crimen que usted quisiera compartir con el juez. Estos pueden ser sensaciones que usted se sentia inmediatamente despues del crimen, o esas que usted todavia se siente.**

Please describe any other feelings you have had in response to the crime which you would like to share with the Judge. These may be either feelings you felt immediately after the crime, or those that you still feel.

Miedo a que salgan de la carcel miedo a que su familia me busque
Siempre que me acuerdo me dan ataques panicos me da terror imaginar un dia salgan y agan mas daño y ahora esta mi hijo

**Que más usted quisiera que el juez supiera del demandado, la victima, o su familia?**
What else would you like the Judge to know about the defendant, the victim, or your family?

Esas personas ni con la carcel pagan todo el daño que me an echo a mi y a tantas mujeres inosentes que an cido engañadas como yo con un sueño que lo rompen en do por vida merecen una condena muy grande para saber que es lo que se siente estar encerrado en contra de tu voluntad yo jamas estobo de acuerdo a vender ni forzaran mi cuerpo todo fue obligado jamas avia tenido relaciones y mi sueño era ser de un solo hombre y no fue asi me dañaron mi vida jamas volvera asor la misma

PAGINA 3

# DECLARACION DEL IMPACTO DE LA VICTIMA

Una por favor la verificacion tal como copia del trozo de la pagina, si es posible.
Please attach verification such as copy of pay stub, if possible.

A. **Danos**
   1. Caracteristica de la lista perdida, destruida or danada y su valor. (Donde sea posible, la fijacion pone el recibo, las cuentas de la reparacion, etc)

A. Damages
   1. List property lost, destroyed or damaged and its value.
      (Wherever possible, attach receipts, repair bills, etc.)

   _No tendrian como pagarme. $ el daño que me an ocho_

   2. Costos medicos de la lista (otra ves, cualquier recibo de soporte) y/o fuera de los costos de bolsillo para los costos funebres.
   2. List medical expenses (again, attach any supporting receipts) and/or out of pocket costs for funeral expenses.

   _En el hospital siempre por mis ataques panicos_

Si usted o un miembro de la familia sufrio lesion fisica, perdida de vida, o amenazo por el delincuente, usted han solicitado la remuneracion de la victima del estado? (✓) si ( ) no
Usted va ha experimentar largo plazo medico del tratamiento?
If you or a family member suffered physical injury, loss of life, or threatened by the offender, have you applied for state victim compensation? (__)YES / (__)NO. Will you be experiencing long-term medical treatment?_____

   3. Lista de Salarios perdidos     $_____
   3. List lost income or wages .....  $_____

   4. Lista de Costos miscelaneos (tipo y cantidad). Incluya los articulos tales como cuidado de nino durante aspectos de la corte, costes del transporte durante la investigacion, el etc.
   4. List miscellaneous expenses (type and amount). Include such items as child care during court appearances, transportation costs during the investigation, etc.
   _____  ..... $_____

   5. Lista de costos para aconsejar o la terapia.  $_____
   5. List expenses for counseling or therapy.      $_____

Esta usted actualmente en el asesoramiento? _____
Are you currently in counseling? _____

                                    PERDIDA TOTAL  $_____
                                    TOTAL LOSS .....  $_____


PAGINA 4
DECLARACION DEL IMPACTO DE LA VICTIMA

**B.     Reembolso resibido (una por favor los recibos)**

1.   Seguro de caraterista                                    $_____
2.   Seguro de Medico                              $_____
3.   Remuneracion De La Victima Del Estado $_____
4.   Otro (lista de fuente y cantidad) $_____

**REEMBOLSO TATAL:   $_____**

B.   Reimbursement received (please attach receipts)
1.   Property insurance                    .....       $_____
2.   Medical insurance                     .....       $_____
3.   State Victim Compensation             .....       $_____
4.   Other (list source and amount)
     _____        .....       $_____
     _____        .....       $_____
                              TOTAL REIMBURSEMENT ..... $_____

**DECLARO BAJO PENA DE LA LEY QUE LA INFORMACION ANTEDICHA ESTA VERDAD Y CORRECTA.**

I declare under penalty of law that the above information is true and correct.

**Nombre** Print Name: ███████

**Firma** Signature: ███████

**Fesha** Date: ███████

PAGINA 5

7-12-18

Doy Grasias a Dios por poner
Personas tan nobles como ustedes
por hacer justicia
y aunque nuestro paiz de nacion nos valoren
y nos ayuden porque Grasias a ustedes
esque tuve valor de hacer esta declaracion

Dios los vendiga
Poco a poco pido ayuda al creaddor
de salir de adelante y un dia poder
olvidar tanto dolor mi hijo es el que
me levanta
  pero pido a Đ justicia aca en la tierra
y ellos sean encarselados por varios
~~Dies~~ años
Dios vendiga a Jhenifer Tomson
por ser un ser humano que hace so
  trabajo con admiracion siente el dolor
de cada una de nosotras a cido un bonito
regalo de Dios conoserla
Cada uno de ustdes mil grasias
  Dios los vendiga por su dedicacion

a ayudar a tantas mujeres que como yo se an animado a romper el cilencio de poder decir basta a tanta injusticia que se que como ay muchas mujeres en cilencio

Siempre que me acuerdo todo mi sofrimiento y lo que paso ~~del~~ destrozan mi alma los recuerdos Como hay gente ton inescrupulosa de hacer daño a tanta gente inocente aprovecharce de la gente con necesidad Dios un dia los perdone

falta mucho por decir