# Exhibit D

# DECLARACION DEL IMPACTO DE LA VICTIMA
## (VICTIM IMPACT STATEMENT)

### U. S. v.          Case NO.

SI USTED NECESITA MAS ESPACIO PARA CONTESTAR CUALESQUIERA DE LAS PREGUNTAS SIGUINTES, SIENTASE POR FAVOR LIBRE UTILIZAR TANTAS PAGINAS COMO USTED NECESITA, Y UNALAS A LA DECLARACION DEL IMPACTO DE LA VICTIMA.

**Nombre de Victima:** *Victim Name*: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Como usted y los miembros de su familia han sido afectados por este crimen?**
*How have you and members of your family been affected by this crime?*

  I am more afraid and stressed out since the trafficking situation. I hardly sleep because any

  Noise that I hear or person that knocks on my door scares me.

**Usted o los miembros de su familia han recibido asesoramiento o terapia como resultado de este crimen? (  x  ) si  (      ) no.  Favor de explicar.  Usted desea en el futuro asesoramiento para asistir a la recuperacion de usted y/o de su familia?**
*Have you or members of your family received counseling or therapy as a result of this crime?  (____)YES / (____)NO.  Please explain.  Do you wish future counseling to assist you and/or your family's recovery?*

   Yes of course, I have used it to get ahead with my family.

**Usted ha archivado un caso civil contra el demandado? (      )si  (  x  )no.  Si contesto si, endique el nombre del caso, la localizacion de la corte, e el numero de expediente.**
*Have you filed a civil suit against the defendant?  (____)YES / (____)NO.  If yes, list the case name, court location, and docket number.*

PAGINA 1

**DECLARACION DEL IMPACTO DE LA VICTIMA**
**(VICTIM IMPACT STATEMENT)**

**Usted ha recibido dinero o activos del demandado como resultado del litigio civil? (     )si   ( x   )no. Si contesto si, cuanto?**
*Have you received any money or assets from the defendant as a result of any civil litigation?   (____)YES / (____)NO.   If yes, how much?*

**Usted se relaciona con la gente diferentemente desde el crimen? Explique por favor.**
*Do you relate to people differently since the crime?   Please explain.*

   Yes. Since the trafficking, I am a lot more distrustful of people. Especially when someone gets

   Close to my child and starts asking him questions, I make sure to leave quickly.

**Como el crimen ha afectado forma de vida de usted y de su familia?**
*How has the crime affected you and your family's lifestyle?*

   I don't trust anybody anymore. I even make sure to research and investigate my sister's

   Boyfriends.

**Usted siente el demandado es o sera una amenaza a usted, a su familia o a la comunidad? ( x  ) si        (     )no.   Favor de explicar.**
*Do you feel the defendant is or will be a threat to you, your family or the community?   (____)YES / (____)NO. Please explain.*

**Que mas usted quisiera que el juez supiera del demandado, la victima, o su familia?**
*What else would you like the Judge to know about the defendant, the victim, or your family?*
 That anything that should happen to me or my family, he is the responsible one.

**DECLARACION DEL IMPACTO DE LA VICTIMA**
**(VICTIM IMPACT STATEMENT)**

**Ha experimentado cualesquiera de las reacciones siguientes al crimen: REALICE POR FAVOR QUE ESTAS SON REACCIONES NORMALES A UN ACONTECIMIENTO TRAUMATICO.**

**__x__ Colera/Enojo;  __x__ Ansiedad;  __x__ Miedo;  __x__ Pena;  __x__ Culpabilidad;  ____ Entumecido;  __x__ Perdida De Sueno;  __x__ Pesadillas;  ____ Cambio del Apetito;  __x__ Inseguo;  __x__ El Concentrase del Apuro;  ____ Movimientos involuntario inesperado;  __x__ Falta de Memoria;  __x__ Depresion;  ____ Fatiga Cronica;  __x__ Memoria Repetida del Crimen;  __x__ Miedo de que el demandado volvera;  ____ Griterio/llanto incontrolado.**

*Have you experienced any of the following reactions to the crime: PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.*
*__x__ Anger; _x__ Anxiety; __x__ Fear; __x__ Grief; __x__ Guilt; ____ Numb; __x__ Sleep Loss; _x___ Nightmares; ____ Appetite Change; __x__ Unsafe; __x__ Trouble Concentrating; ____ Easily startled; _x___ Forgetfulness; __x__ Depression; ____ Chronic Fatigue; __x__ Repeated Memory of Crime; _x___ Fear the Defendant Will Return; ____ Uncontrolled Crying*

**Describa por favor cualquier otra sensacion que usted haya tenido en respuesta al crimen que usted quisiera compartir con el juez. Estos pueden ser sensaciones que usted se sentia inmediatamente despues del crimen, o esas que usted todavia se siente.**
*Please describe any other feelings you have had in response to the crime which you would like to share with the Judge. These may be either feelings you felt immediately after the crime, or those that you still feel.*

Everything that I wanted to say, I've already told the officials when they interviewed me.

PAGINA    3

**DECLARACION DEL IMPACTO DE LA VICTIMA**
**(VICTIM IMPACT STATEMENT)**

**Una por favor la verificacion tal como copia del trozo de la pagina, si es posible.**
*Please attach verification such as copy of pay stub, if possible.*

**A.   Danos**
   **1. Caracteristica de la lista perdida, destruida or danada y su valor.   (Donde sea posible, la fijacion pone el recibo, las cuentas de la reparacion, etc)**
A.   *Damages*
   1.   *List property lost, destroyed or damaged and its value.*
        *(Wherever possible, attach receipts, repair bills, etc.)*

   _____   .....   $_____

   **2. Costos medicos de la lista (otra ves, cualquier recibo de soporte) y/o fuera de los costos de bolsillo para los costos funebres.**
   2.   *List medical expenses (again, attach any supporting receipts) and/or out of pocket costs for funeral expenses.*

   _Tuberculosis_exams_____   .....   $_500.00_____

**Si usted o un miembro de la familia sufrio lesion fisica, perdida de vida, o amenazo por el delincuente, usted han solicitado la remuneracion de la victima del estado?   (    ) si (     ) no**
**Va a estar experimentando el tratamiento medico a largo plazo?**
*If you or a family member suffered physical injury, loss of life, or threatened by the offender, have you applied for state victim compensation?   (____)YES / (_x___)NO.   Will you be experiencing long-term medical treatment?_____*

   **3.   Lista de Salarios perdidos       $_____**
   3.   *List lost income or wages .....   $_____*

**4.   Lista de Costos miscelaneos (tipo y cantidad).   Incluya los articulos tales como cuidado de nino durante aspectos de la corte, costes del transporte durante la investigacion, el etc.**
4.   *List miscellaneous expenses (type and amount).   Include such items as child care during court appearances, transportation costs during the investigation, etc.*

   _____   .....   *$_____*

   **5.   Lista de costos para aconsejar o la terapia. $_____**
   5.   *List expenses for counseling or therapy.   $_____*

**Esta usted actualmente en el asesoramiento?  _____**
*Are you currently in counseling? _____*

                              **PERDIDA TOTAL $____500.00_____**
                              *TOTAL LOSS .....   $__500.00_____*

**DECLARACION DEL IMPACTO DE LA VICTIMA**
**(VICTIM IMPACT STATEMENT)**

**B.      Reembolso resibido (una por favor los recibos)**

1.      Seguro de caraterista                              $_____
2.      Seguro de Medico                                  $_____
3.      Remuneracion De La Victima Del Estado $_____
4.      Otro (lista de fuente y cantidad) $_____

**REEMBOLSO TATAL                             $_____**

*B.      Reimbursement received (please attach receipts)*
*1.      Property insurance                      ..... $_____*
*2.      Medical insurance                       ..... $_____*
*3.      State Victim Compensation          ..... $_____*
*4.      Other (list source and amount)*
         *_____ ..... $_____*
              *TOTAL REIMBURSEMENT ..... $_____*

**DECLARO BAJO PENA DE LA LEY QUE LA INFORMACION ANTEDICHA ES CORRECTA A LO MEJOR DE MI CONOCIMIENTO.**
*I declare under penalty of law that the above information is correct to the best of my knowledge.*

**Nombre** *Print Name:*     _____

**Firma** *Signature:*          _____

**Fesha** *Date:*               _____

(Please return the enclosed form to the following address)

PAGINA 5

# DECLARACION DEL IMPACTO DE LA VICTIMA
## (VICTIM IMPACT STATEMENT)

U. S. v. _____ Case NO. _____

SI USTED NECESITA MAS ESPACIO PARA CONTESTAR CUALESQUIERA DE LAS PREGUNTAS SIGUINTES, SIENTASE POR FAVOR LIBRE UTILIZAR TANTAS PAGINAS COMO USTED NECESITA, Y UNALAS A LA DECLARACION DEL IMPACTO DE LA VICTIMA.

**Nombre de Victima:** *Victim Name:* ███████████████

**Como usted y los miembros de su familia han sido afectados por este crimen?**
*How have you and members of your family been affected by this crime?*

Pues yo eh sidod un poco mas de miedo y estresantente por lo que pase e incluso ya casi ni duormo por cualquier ruido que escucho o persona que toca mi puerta de mi casa.

**Usted o los miembros de su familia han recibido asesoramiento o terapia como resultado de este crimen?** ( ✓ ) si   ( ) no. **Favor de explicar. Usted desea en el futuro asesoramiento para asistir a la recuperacion de usted y/o de su familia?**
*Have you or members of your family received counseling or therapy as a result of this crime? (___)YES / (___)NO. Please explain. Do you wish future counseling to assist you and/or your family's recovery?*

Claro que si para salir adelante con mi familia en mi hogar.

**Usted ha archivado un caso civil contra el demandado?** ( ) si  ( X ) no. **Si contesto si, endique el nombre del caso, la localizacion de la corte, e el numero de expediente.**
*Have you filed a civil suit against the defendant? (___)YES / (___)NO. If yes, list the case name, court location, and docket number.*

PAGINA 1

## DECLARACION DEL IMPACTO DE LA VICTIMA
(VICTIM IMPACT STATEMENT)

**Usted ha recibido dinero o activos del demandado como resultado del litigio civil?**
(   )si    ( X )no. Si contesto si, cuanto?
*Have you received any money or assets from the defendant as a result of any civil litigation? (___)YES / (___)NO. If yes, how much?*

---

**Usted se relaciona con la gente diferentemente desde el crimen? Explique por favor.**
*Do you relate to people differently since the crime? Please explain.*

Si, ahora ya soy desconfiada para todo e incluso con mis hijo cuando una persona se le acerca y le hace preguntas yo me alejo.

**Como el crimen ha afectado forma de vida de usted y de su familia?**
*How has the crime affected you and your family's lifestyle?*

En que ya no confio en ninguna persona como investigar los novios de mis hermanas.

---

**Usted siente el demandado es o sera una amenaza a usted, a su familia o a la comunidad?**
( ✓ ) si    ( X )no.  Favor de explicar.
*Do you feel the defendant is or will be a threat to you, your family or the community? (___)YES / (___)NO. Please explain.*

---

**Que mas usted quisiera que el juez supiera del demandado, la victima, o su familia?**
*What else would you like the Judge to know about the defendant, the victim, or your family?*

Que cualquier cosa que me pase a mi o mi familia el sea el responsable
el

PAGINA 2

DECLARACION DEL IMPACTO DE LA VICTIMA
(VICTIM IMPACT STATEMENT)

**Ha experimentado cualesquiera de las reacciones siguientes al crimen: REALICE POR FAVOR QUE ESTAS SON REACCIONES NORMALES A UN ACONTECIMIENTO TRAUMATICO.**

___✓___Colera/Enojo; ___✓___Ansiedad; ___✓___Miedo; ___✓___Pena; ___✓___Culpabilidad; _____Entumecido; ___✓___Perdida De Sueno; ___✓___Pesadillas; _____Cambio del Apetito; ___✓___Inseguo; ___✓___El Concentrase del Apuro; _____Movimientos involuntario inesperado; ___✓___Falta de Memoria; ___✓___Depresion; _____Fatiga Cronica; ___✓___Memoria Repetida del Crimen; ___✓___Miedo de que el demandado volvera; _____Griterio/llanto incontrolado.

*Have you experienced any of the following reactions to the crime: PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.*
*____ Anger; ____ Anxiety; ____ Fear; ____ Grief; ____ Guilt; ____ Numb; ____ Sleep Loss; ____ Nightmares; ____ Appetite Change; ____ Unsafe; ____ Trouble Concentrating; ____ Easily startled; ____ Forgetfulness; ____ Depression; ____ Chronic Fatigue; ____ Repeated Memory of Crime; ____ Fear the Defendant Will Return; ____ Uncontrolled Crying*

**Describa por favor cualquier otra sensacion que usted haya tenido en respuesta al crimen que usted quisiera compartir con el juez. Estos pueden ser sensaciones que usted se sentia inmediatamente despues del crimen, o esas que usted todavia se siente.**
*Please describe any other feelings you have had in response to the crime which you would like to share with the Judge. These may be either feelings you felt immediately after the crime, or those that you still feel.*

_____
_____
_____
_____
_____
_____
_____

PAGINA   3

DECLARACION DEL IMPACTO DE LA VICTIMA
(VICTIM IMPACT STATEMENT)

Una por favor la verificacion tal como copia del trozo de la pagina, si es posible.
*Please attach verification such as copy of pay stub, if possible.*

A.  Danos
   1. Caracteristica de la lista perdida, destruida or danada y su valor.  (Donde sea posible, la fijacion pone el recibo, las cuentas de la reparacion, etc)
   *A.  Damages*
   *1.  List property lost, destroyed or damaged and its value.*
   *(Wherever possible, attach receipts, repair bills, etc.)*

   _____  ...... $_____

   2. Costos medicos de la lista (otra ves, cualquier recibo de soporte) y/o fuera de los costos de bolsillo para los costos funebres.
   *2.  List medical expenses (again, attach any supporting receipts) and/or out of pocket costs for funeral expenses.*

   Exámen de tuverculosis   ...... $500

Si usted o un miembro de la familia sufrio lesion fisica, perdida de vida, o amenazo por el delincuente, usted han solicitado la remuneracion de la victima del estado?   (   ) si (X) no
Va a estar experimentando el tratamiento medico a largo plazo?
*If you or a family member suffered physical injury, loss of life, or threatened by the offender, have you applied for state victim compensation?  (____)YES / (X)NO.  Will you be experiencing long-term medical treatment?_____*

   3.  Lista de Salarios perdidos   $_____
   *3.  List lost income or wages .....  $_____*

4. Lista de Costos miscelaneos (tipo y cantidad).  Incluya los articulos tales como cuidado de nino durante aspectos de la corte, costes del transporte durante la investigacion, el etc.
*4.  List miscellaneous expenses (type and amount).  Include such items as child care during court appearances, transportation costs during the investigation, etc.*

   _____  ...... $_____

   5.  Lista de costos para aconsejar o la terapia.  $_____
   *5.  List expenses for counseling or therapy.  $_____*

Esta usted actualmente en el asesoramiento? _____
*Are you currently in counseling? _____*

PERDIDA TOTAL $_____
*TOTAL LOSS ..... $_____*

PAGINA 4

DECLARACION DEL IMPACTO DE LA VICTIMA
(VICTIM IMPACT STATEMENT)

B.  Reembolso resibido (una por favor los recibos)

1. Seguro de caraterista                   $_____
2. Seguro de Medico                        $_____
3. Remuneracion De La Victima Del Estado $_____
4. Otro (lista de fuente y cantidad) $_____

**REEMBOLSO TATAL**                        $_____

B.  Reimbursement received (please attach receipts)
1. Property insurance            ..... $_____
2. Medical insurance             ..... $_____
3. State Victim Compensation     ..... $_____
4. Other (list source and amount)
   _____ ..... $_____
   TOTAL REIMBURSEMENT ..... $_____

**DECLARO BAJO PENA DE LA LEY QUE LA INFORMACION ANTEDICHA ES CORRECTA A LO MEJOR DE MI CONOCIMIENTO.**
*I declare under penalty of law that the above information is correct to the best of my knowledge.*

**Nombre** *Print Name:* ███████████

**Firma** *Signature:* ███████████

**Fesha** *Date:* 04-17-2018

(Please return the enclosed form to the following address)

PAGINA 5