# Exhibit F

```
                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION



UNITED STATES OF AMERICA,      )
                               )
                               )
       -VS-                    ) DOCKET NO. 1:13-CR-0128-AT-(1)(2)
                               )
ARTURO ROJAS-COYOTL,           )
ODILON MARTINEZ-ROJAS,         )
                               )
       DEFENDANTS.             )


                TRANSCRIPT OF SENTENCING PROCEEDINGS
                 BEFORE THE HONORABLE AMY TOTENBERG
                  UNITED STATES DISTRICT COURT JUDGE
                     THURSDAY, JANUARY 22, 2015
```

APPEARANCES:

ON BEHALF OF THE GOVERNMENT:

    SUSAN COPPEDGE, ESQ.
    BENJAMIN HAWK, ESQ.
    ASSISTANT UNITED STATES ATTORNEYS

ON BEHALF OF THE DEFENDANT ROJAS-COYOTL:

    ALLISON C. DAWSON, ESQ.

ON BEHALF OF THE DEFENDANT MARTINEZ-ROJAS:

    CATHY M. ALTERMAN, ESQ.

ALSO PRESENT:

    DAVID HOOVER, COURT INTERPRETER


ELISE SMITH EVANS, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
ATLANTA, GEORGIA

```
 1              MS. COPPEDGE:  Okay.
 2              THE COURT:  I don't want to frighten them.
 3              MS. COPPEDGE:  I agree.  I try not to coach them, but I
 4   will go ahead as the Court instructed.  I'm sorry.
 5              THE COURT:  That's all right.  That's all right.  But
 6   each person just tell me who's coming up.
 7              MS. COPPEDGE:  Yes, Your Honor.
 8              THE COURT:  And then tell her that because we're having
 9   a consolidated proceeding, she has to identify.
10              MS. COPPEDGE:  Okay.
11              MS. ALTERMAN:  And I can barely hear them.
12              THE COURT:  All right.
13              MR. HAWK:  Your Honor, for the record, just to clarify,
14   she is the one that's primarily associated with Odilon Martinez.
15              THE COURT:  I understand.  That's why I was concerned.
16              (The following proceedings continued in open court.)
17              THE COURT:  Do you have a tissue there?  Do you need
18   some water?
19              MS. SAM (Through Interpreter):  From the time that I
20   met Chino and he brought me here, I didn't know what the reason
21   was or why he was bringing me here.  When -- and he told me what
22   I would be doing, it was very hard for me, because back in my
23   country, in spite of my poverty, I didn't do that kind of work.
24   And it was a very hard pressure on me to realize that I was going
25   to be laying down with many men just to give him his money and
```

his pleasure.

To me, Chino has been very bad towards me. He's destroyed everything, all my dreams. I came to this country with Chino with some other illusions, and Chino told me I was going to be his companion, his wife. When Chino told me to lay down with men, it wasn't one or two, it was 20 or 30. It's changed my whole life. It's something that I can't get out of my mind. And with my family life, it's something that I can't forget.

He has been a very cruel person. If it was up to me, I'd give him a life sentence where he would never get out and hurt other girls. He didn't just destroy my life, but he's destroyed that of others. I have a daughter and I wouldn't want that a man or a monster like him to do anything like that to my daughter.

I don't have anything else.

THE COURT: Thank you very much.

MS. COPPEDGE: Your Honor, this is Marta, also in the indictment as MSJ. And she was trafficked directly by Arturo Rojas-Coyotl and she knows him as Jonathan, along with the co-defendant.

MS. MSJ (Through Interpreter): Good afternoon. My name is Marta Segura.

THE COURT: Good afternoon.

MS. MSJ (Through Interpreter): I could never imagine that this day would come. What the lady lawyer said is true. I

was deported, but I told the agents before I was deported everything that had happened. Because when I left him, I did not have enough courage and I didn't know that I could. I didn't know that they were all these good people who were watching over all this until later.

When I went back to my country, I -- I found out that this all -- that all -- that this had come out and then I had the courage to make a statement, a claim, and to -- that someone would listen to me and to get out all of what I felt and everything that I've suffered. Because this man Jonathan will never understand all of the harm that he's caused me.

I know that God has helped me to get over it, my son as well. I don't -- I don't consider myself to be happy. I don't feel like I'm such a bad person to -- that ridicule of what they're going to go through, but I feel that they deserve it. I cried and I pleaded with him not to make me do what I did and he didn't listen to me. And I know now that God has done justice and I just ask that you do it here on earth as well. I just don't want all of this, all of this suffering to be in vain.

That's all. Thank you.

THE COURT: Thank you.

MS. COPPEDGE: And, Your Honor, this is Fidela, in the indictment FBF. She was trafficked primarily my Arturo Rojas-Coyotl she knew as Jonathan and his co-defendant, Odilon Martinez-Rojas.

1   MS. FBF (Through Interpreter):  Good afternoon, Your
2   Honor.
3   THE COURT:  Buenas tardes.
4   MS. FBF (Through Interpreter):  Thank you for the
5   opportunity of being able to be here and to express what I lived
6   through.  I lived it on my own.  It is something that nobody
7   would deserve.  But thankfully, since Jennifer trusted me, and
8   she gave me the confidence to know that somebody can be worth
9   something.
10  THE COURT:  I'm sorry.  Who is Jennifer?
11  MS. FBF (Through Interpreter):  Oh.  The police woman.
12  MR. HAWK:  Your Honor, just for the record, it's FBI
13  Special Agent Jennifer Towns.
14  THE COURT:  Thank you.
15  MS. FBF (Through Interpreter):  But I didn't really
16  feel like a person.  I felt lower than a person.  I -- because
17  when I lived with Arturo, he told me that I wasn't even worth
18  being a whore.  He told me that I was a disaster, that I wasn't
19  worth anything.  But now I know that I am worth something.  I
20  have self-confidence.  And I'm here just to say that the women
21  who left without thinking that anybody would listen to them or
22  that anybody would pay attention to them, that they weren't worth
23  anything.
24      I was -- I had a lot of fear.  I felt very traumatized.
25  And I wasn't even going out on the street.  I felt that there was

1   always something behind me.  But someone I lived with, Arturo, he
2   beat me, he beat me a lot, and he damaged me mentally.
3          And now when I look at reality, I realize that I have a
4   son that -- for whom I need to struggle.  And now that he's here,
5   he doesn't deserve just to go to jail, because the jail is
6   nothing.  I know you don't have your liberty, but jail is nothing
7   compared to what I went through when I was with him.
8          I just ask to give what's right for him, not to let
9   other underaged women suffer.  That's all.
10         THE COURT:  Thank you very much to all of you.  I'm not
11  sure about the speaker.
12         Since some of you didn't have your earsets, I just
13  wanted to thank you for coming and for speaking.  I'll say some
14  more about your comments later, but I did want to thank you for
15  having the courage to stand up and to share your feelings and
16  experience with the Court.  All right.
17         MR. HAWK:  Thank you, Your Honor.  I realize the Court
18  has read our sentencing memorandum, but there are some arguments
19  that Ms. Dawson made that I think are appropriate to address.  I
20  think all three young ladies probably said the majority of the
21  arguments that we set forth in our sentencing memorandum much
22  better than I probably could ever have done to articulate their
23  feelings.
24         First, I want to say that I think the crimes that were
25  committed against these women are perhaps some of the most

1  in the --
2          MS. ALTERMAN:  Yes, Your Honor.
3          THE COURT:  -- with the probation officer.
4          MS. ALTERMAN:  I was hoping that my client was going to
5  be able to, and perhaps he still can, reach in and speak about
6  his mother.  In the presentence report, I believe the Court saw
7  that his mother was supposedly a very good mother and
8  God-fearing.  At the same time, he states that his mother had him
9  leave school so that he could go into the prostitution business.
10 Actually, she forced him.  I think that he is very torn in his
11 relationship with women, and as many people, he wants to protect
12 his mother regardless of what she did to him.
13         If the Court will allow, I'd like to give him one more
14 opportunity to express to the Court what your childhood was like
15 and what role your mother played in making you a pimp.
16         DEFENDANT MARTINEZ-ROJAS:  Well, I'd just like to ask
17 him about -- I didn't have the means to continue studying in my
18 town.  Many people do this type of work, and I didn't have an
19 option.  I was very small.  I was just 13.  And I just apologize.
20 And I hope to be able to rehabilitate myself.  Thank you.
21         THE COURT:  All right. Well, obviously many of my
22 remarks about this situation are the same as I had in the
23 preceding sentencing.  I appreciate that defense counsel has
24 acknowledged the dimension of this that is life slavery, and also
25 acknowledged that it is improper to make the victims here bear

1  the onus of guilt in any manner.  It is difficult in running this
2  proceeding to both, on one hand, deal with the grave issues here
3  and at the same time still absolutely need to give the defendant
4  all of his rights under law and have advocacy, proper advocacy.
5  A lot of that advocacy actually did in the end relate to the
6  first defendant, BFP.  And, so, since you're still here, I think
7  that that's worthwhile to talk about that just a little bit.
8       I explained before that that is the role of a lawyer to
9  do that, but it does not mean, and I don't want you to think that
10 I endorse in any way any aspect of demeaning you in this process.
11 Life takes some very strange turns, and I -- and people react to
12 trauma in different ways.  And I would say that for you.  And I
13 would say it if Mr. -- the defendant says that he also has been
14 traumatized.  But there is free will.
15      And I think when somebody is in their thirties, you
16 have the capacity to make a decision that you're not going to be
17 part of that world that was inflicting so much suffering and
18 torture, really, on a wide range of women.  I think you could see
19 it, though I understand that you may have been bred to this as
20 you were trying -- that the family was breeding Mr. Rojas to
21 this, and there has to be an end to it.
22      The sentence under the guidelines is by itself an
23 enormously stiff sentence because of the fact that you get the
24 adjustment for role; and you don't get the full measure of
25 acceptance of responsibility because you had such trouble

1  apparently coming to the point of accepting responsibility that
2  we had to go through the whole jury selection process.  So, I
3  think that's a penalty in itself.
4          The guideline sentence is 262 to 327 months.  Under
5  virtually any circumstance, it seems to me that you were roughly
6  60 years old with the 262 month sentence.  And it is a large
7  sentence.  And it's a sentence far -- it's still a sentence
8  that's considerably in excess of 240 months, which is 20 years.
9          Given your age and circumstances and the fact that by
10 the time you're out, that you will be approximately 60, I think
11 that the -- the 262 months is sufficient under the circumstances
12 to accomplish all the sentencing objectives, because it does in
13 fact recognize your role in the offense and your difficulty in
14 accepting responsibility.
15         And it is a large sentence and will in fact preclude
16 you in your active adult life from ever taking any role again in
17 such activities and sends a message to anyone in the extended
18 community who is involved in trafficking of women or prostitution
19 that this is a crime that will be treated severely.
20         I understand that your counsel has asked for a lower
21 sentence, and that is natural under the circumstances because of
22 the severity.  But I think that the guideline sentence at the
23 bottom is appropriate.  I know the Government has asked for a
24 larger sentence, but I think the sentence is sufficient, but not
25 greater than to achieve -- than is necessary to achieve the

1   purposes of deterrence on a specific basis and on the larger,
2   broader basis of sending a message to anyone else involved in
3   trafficking in the Atlanta area or in the broader -- our broader
4   society.
5          I have some concern about consistency in sentencing,
6   and I think that this is a graduated sentence relative to that of
7   Mr. Rojas and is graduated in a way that is appropriate.  I think
8   the role enhancement takes also into consideration the fact that
9   you had a leadership role over your nephew.
10          I don't of course still understand yet what happened in
11  this family or in the community, in your home community, that
12  people would find this acceptable to feed women into a machine of
13  exploitation, and that's what it was.  And it's because of the
14  seriousness of the offense that the sentence is that large and
15  cannot vary from the guideline.
16          But I am -- accept your -- what your -- the fact that
17  you have completely, from what your counsel says, embraced your
18  responsibility here and your attitude here.  And I don't know
19  what happened between the time of the trial and now, but I -- I
20  am willing to accept that.
21          I have considered the sentencing guidelines and
22  applicable other possible -- the range of sentences that are
23  applicable or that have been provided in this district and find
24  that the sentence here is within the range of what is necessary
25  to achieve the sentencing purposes here.